## AFFIDAVIT NOTICE

Enclosed is the affidavit for a legal advertisement that ended recently. If you have questions, please contact us at legal@ecpc.com

**AD DESCRIPTION:** SMNS: Bryan V King

**AD #:** 34949    **CHARGES (including Affidavit):** $ 61.05

RECEIVED MAY 04 2022

***THIS IS NOT AN INVOICE:*** *Charges appearing here will be on your end-of-the-month statement. This copy is for your records.*



Printers Affidavit of Publication

```
WNAXLP
(Ldr-Tele, April 18, 25, May 2, 2022)
UNITED STATES DISTRICT COURT
for the Western District of Wisconsin
JESSICA BRYAN,
Plaintiff
v.
GARY KING (In his individual capacity),
Defendant
SUMMONS IN A CIVIL ACTION
Civil Action No. 21-CV-011-wmc
To: Gary King
1420 Webster Avenue
Eau Claire, WI 54701
A lawsuit has been filed against you.
Within 21 days after service of this sum-
mons on you (not counting the day you re-
ceived it)—or 60 days if you are the United
States or a United States agency, or an of-
ficer or employee of the United States de-
scribed in Fed. R. Civ. P. 12 (a) (2) or
(3)—you must serve on the plaintiff an an-
swer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be
served on the plaintiff or plaintiff's attorney,
whose name and address are:
Attorney Paul A. Kinne

Legal Notices

Gingras, Thomsen & Wachs, LLP
8150 Excelsior Drive
Madison, WI 53717
If you fail to respond, judgment by default
will be entered against you for the relief
demanded in the complaint. You also must
file your answer or motion with the court.
Date: 1/6/2022
V. Olmo
Deputy Clerk
```

(State of Wisconsin)
ss.
(County of Eau Claire)

Andrew McCue, being duly sworn, on oath, says that they are the Legal Notice Representative of the daily newspaper known as **The Leader Telegram** and published at Eau Claire, WI in Eau Claire County and the State of Wisconsin, says that the annexed printed copy of: Summons, Bryan v. King

Which forms part of this affidavit, was published in the said newspaper on the following dates:

Monday, April 18, 25, May 2, 2022

And further, that the said printed notice so annexed was taken from the said The Leader Telegram, the newspaper in which the same was published.

By: _____

Title: Legal Notice Representative

Subscribed and sworn to before me on this 3rd of _____ 2022 _____ AD

_____
Notary Public
My term expires on: July 7, 2023

FEES:

Total =